# Exhibit 2

Charted Claims:
Method Claims:1

| US7734283B2 | World of Coca-Cola Wi-fi platform ("The accused instrumentality") |
|---|---|
| 1. A method for the opening of a wireless communication session using at least a management platform, a wireless access point and a user station, an advertising content being associated with at least a wireless access point at the management platform level, said method comprising the steps of: | The accused instrumentality practices a method for the opening of a wireless communication session using at least a management platform (e.g., Hotspot Software), a wireless access point (e.g., a router, etc. of an industry) and a user station (e.g., user device), an advertising content (e.g., ads, coupons, etc.) being associated with at least a wireless access point at the management platform (e.g., Hotspot Software) level.<br><br>As shown below, the accused instrumentality enables Wi-Fi access points to connect and manage user sessions. When a user connects to the Wi-Fi, the accused instrumentality generates and send advertisements to the user's device. It allows a user to gain internet access only after watching the advertisement for a set duration. Thus, the accused instrumentality automatically generates login credentials for the user, and thereby allowing the user to establish a wireless connection. |



https://www.worldofcoca-cola.com/

https://www.worldofcoca-cola.com/plan-your-visit/faq#accordion-af27e8993a-item-f87b465019

As shown below, the accused instrumentality utilizes antamedia Wi-Fi software for Wi-Fi network management.

Our Customers

      

      

...AND THOUSANDS MORE

https://www.antamedia.com/references/

About Antamedia: Antamedia was one of the first WiFi companies to develop PC-based WiFi management software back in 2006, and has since created world-leading management systems. They are now looking for worldwide partners with a new cloud-based offering. Their products are currently used in 170 countries by 30,000 businesses and major brands like Hilton, Marriott, IHG, Nasa, Coca Cola, as well as mid-sized and small businesses. Their WiFi management can fit any requirements.

https://news.marketersmedia.com/antamedia-launches-update-to-wifi-hotspot-software-with-new-hotspot-version-5/190648

**Antamedia HotSpot Software** is the most feature-rich guest WiFi hotspot management software in the industry. It helps you control and bill your customers for the Internet access, engage them with captivating advertisements, collect guest data and surveys, send automatic promo emails.

Build a **free guest WiFi** using social login, shared keywords, SMS or Email verification, or offer a faster **paid WiFi access** with a credit card or PayPal payments, pre-printed tickets, Hotel PMS integration with room/name, and keep 100% profit.

Developed and supported by industry professionals, **HotSpot** comes with a **lifetime license** and **free support**.



https://www.antamedia.com/hotspot/

### Creating Your Hotspot is Easy

**You need a PC with two network cards.** PC running Hotspot software will be a gateway for your network. Customers are redirected to your self-branded login page to sign-in or pay before getting the Internet access, or automatically login with remaining quota and time.




https://www.antamedia.com/hotspot/

## What is Antamedia HotSpot ?

**Antamedia HotSpot** is a WiFi Hotspot management software which helps you in controlling and billing your customers for the Internet usage.  Antamedia HotSpot does not require any client software installations. It uses captive portal technology to display login page in the customer browser. Upon connecting to your network (using WiFi or cable), customer will be prompted to enter valid username and password to get the Internet access. After successful login, your customer will see the remaining time and bandwidth quota, expiration date and other relevant info. HotSpot keeps track of customer usage and shows warning message when the account is due to expire, helping a customer to refill the account and continue using your service without interruption. Software includes billing, statistics and reporting with many useful features. It is hardware independent and you can use any type of access points, routers, switches and other equipment to control your Internet.

https://www.antamedia.com/download/hotspot-manual.pdf

- **Ads:** Create image or video ads that can be displayed on desired pages. For example, you can create one or more ads for the login or free access page. A user can be forced to view an ad in order to get the Internet access. If you de?ne multiple ads, they will be rotated each time a user opens the page.

https://www.antamedia.com/download/hotspot-manual.pdf

| | |
|---|---|
| establishing a connection from the wireless access point to the management platform | The accused instrumentality practices establishing a connection from the wireless access point (e.g., a router, etc. of an industry, etc.) to the management platform (e.g., Hotspot Software).<br><br>As shown below, the accused instrumentality connects with a Wi-Fi router or access point to establish wireless connection.<br><br>**Will there be Wi-Fi available?**<br><br>World of Coca-Cola provides free public Wi-Fi access throughout the attraction and outside in the Attraction District.<br><br>https://www.worldofcoca-cola.com/plan-your-visit/faq#accordion-af27e8993a-item-f87b465019<br><br>Our Customers<br><br>...AND THOUSANDS MORE<br><br>https://www.antamedia.com/references/ |

About Antamedia: Antamedia was one of the first WiFi companies to develop PC-based WiFi management software back in 2006, and has since created world-leading management systems. They are now looking for worldwide partners with a new cloud-based offering. Their products are currently used in 170 countries by 30,000 businesses and major brands like Hilton, Marriott, IHG, Nasa, Coca Cola, as well as mid-sized and small businesses. Their WiFi management can fit any requirements.

https://news.marketersmedia.com/antamedia-launches-update-to-wifi-hotspot-software-with-new-hotspot-version-5/190648

Antamedia HotSpot has advanced architecture which allows both simple and very large networks. You can start offering WiFi services and grow slowly by adding new access points, connect different city areas, one step a time, making you an Internet Service Provider. All accounts may be stored in a central database which is included free of charge. Your customers will be able to connect to any WiFi HotSpot with their account.

https://www.antamedia.com/download/hotspot-manual.pdf

## Requirements

In order to control wireless users, Hotspot software has to be set up on a gateway computer in your network. For minimal Hotspot configuration you need 3 devices:
- Hotspot gateway PC
- Internet modem/router
- Wi-Fi device for providing access to users (Wi-Fi router or access point)

https://www.antamedia.com/download/hotspot-manual.pdf

## Network Topology Examples

Here you can see several network topology examples that can give you better insight into how you should set switches, access points and routers on a local network in order to control it from HotSpot gateway PC.



https://www.antamedia.com/download/hotspot-manual.pdf

| | |
|---|---|
| | **What is Antamedia HotSpot ?**<br><br>**Antamedia HotSpot** is a WiFi Hotspot management software which helps you in controlling and billing your customers for the Internet usage. Antamedia HotSpot does not require any client software installations. It uses captive portal technology to display login page in the customer browser. Upon connecting to your network (using WiFi or cable), customer will be prompted to enter valid username and password to get the Internet access. After successful login, your customer will see the remaining time and bandwidth quota, expiration date and other relevant info. HotSpot keeps track of customer usage and shows warning message when the account is due to expire, helping a customer to refill the account and continue using your service without interruption. Software includes billing, statistics and reporting with many useful features. It is hardware independent and you can use any type of access points, routers, switches and other equipment to control your Internet.<br><br>https://www.antamedia.com/download/hotspot-manual.pdf |
| generating a request from the wireless access point to the management platform, said request comprising at least an identifier of said wireless access point; | The accused instrumentality practices generating a request from the wireless access point (e.g., a router, etc., of an industry) to the management platform (e.g., Hotspot Software), said request comprising at least an identifier (e.g., IP of the Access Points) of said wireless access point (e.g., a router, etc., of an industry).<br><br>As shown below, the accused instrumentality enables the user device to connect to access points for Internet connection. The accused instrumentality displays a login page in the user's browser. The login pages are different for different Wi-Fi locations, since each location is defined with an IP range of the access points associated with it. The IP address of wireless access points is used to determine which location's AP is requesting the management platform.<br><br>Will there be Wi-Fi available?<br><br>World of Coca-Cola provides free public Wi-Fi access throughout the attraction and outside in the Attraction District.<br><br>https://www.worldofcoca-cola.com/plan-your-visit/faq#accordion-af27e8993a-item- |

f87b465019

## Our Customers

       

      

...AND THOUSANDS MORE

https://www.antamedia.com/references/

About Antamedia: Antamedia was one of the first WiFi companies to develop PC-based WiFi management software back in 2006, and has since created world-leading management systems. They are now looking for worldwide partners with a new cloud-based offering. Their products are currently used in 170 countries by 30,000 businesses and major brands like Hilton, Marriott, IHG, Nasa, Coca Cola, as well as mid-sized and small businesses. Their WiFi management can fit any requirements.

https://news.marketersmedia.com/antamedia-launches-update-to-wifi-hotspot-software-with-new-hotspot-version-5/190648

## WiFi Locations

WiFi locations are used to display different login pages and themes in the user device, depending from which access point customer is trying to access the Internet. Each location is defined with IP range of the Access Points associated. It has a name according to physical location, like Lobby, Rooms, Main building, Reseller X, Operator Area Y. Locations can be configured to display free access or login page, depending if you wish to provide free or paid access. For example, in a hotel lobby you can provide a free service, while in the rooms you can offer only paid service. You can configure

https://www.antamedia.com/download/hotspot-manual.pdf



https://www.antamedia.com/download/hotspot-manual.pdf



https://www.antamedia.com/download/hotspot-manual.pdf

## What is Antamedia HotSpot ?

**Antamedia HotSpot** is a WiFi Hotspot management software which helps you in controlling and billing your customers for the Internet usage.  Antamedia HotSpot does not require any client software installations. It uses captive portal technology to display login page in the customer browser. Upon connecting to your network (using WiFi or cable), customer will be prompted to enter valid username and password to get the Internet access. After successful login, your customer will see the remaining time and bandwidth quota, expiration date and other relevant info. HotSpot keeps track of customer usage and shows warning message when the account is due to expire, helping a customer to refill the account and continue using your service without interruption. Software includes billing, statistics and reporting with many useful features. It is hardware independent and you can use any type of access points, routers, switches and other equipment to control your Internet.

https://www.antamedia.com/download/hotspot-manual.pdf

## Connection Log

Connection log shows all the connection attempts to your HotSpot which can give you a realtime report who is trying to login to your network. It is a powerful tool which shows IP and MAC address and the port which remote computer is trying to access, it also shows successful logins list with details such as time, user's IP, language of the client browser, user's device type and initial URL accessed during login.

https://www.antamedia.com/download/hotspot-manual.pdf

| | |
|---|---|
| **Fixed MAC** | Limit an account so it can login only from the devices you specify. If MAC address does not exist yet, it will be stored in the first login. This list also determines which devices will be able to use Autologin [23] feature. |

https://www.antamedia.com/download/hotspot-manual.pdf



Customer types username and password and clicks Login button.

https://www.antamedia.com/download/hotspot-manual.pdf

 

https://www.antamedia.com/download/hotspot-manual.pdf

| | |
|---|---|
| extracting from said platform the advertising content associated with the identifier | The accused instrumentality practices extracting from said platform the advertising content (e.g., ads, coupons, etc.) associated with the identifier (e.g., IP of the Access Points). |
| | As shown below, the IP address of wireless access points is used to determine which location's AP is requesting the management platform. Further, it extracts ads such as video and image ads, coupons, etc, from the accused platform's Hotspot Click, associated with the identifier of the access points. |



**Will there be Wi-Fi available?**

World of Coca-Cola provides free public Wi-Fi access throughout the attraction and outside in the Attraction District.

https://www.worldofcoca-cola.com/plan-your-visit/faq#accordion-af27e8993a-item-f87b465019



## Our Customers

https://www.antamedia.com/references/

About Antamedia: Antamedia was one of the first WiFi companies to develop PC-based WiFi management software back in 2006, and has since created world-leading management systems. They are now looking for worldwide partners with a new cloud-based offering. Their products are currently used in 170 countries by 30,000 businesses and major brands like Hilton, Marriott, IHG, Nasa, Coca Cola, as well as mid-sized and small businesses. Their WiFi management can fit any requirements.

https://news.marketersmedia.com/antamedia-launches-update-to-wifi-hotspot-software-with-new-hotspot-version-5/190648



## Advertising with HotSpot Click

**HotSpot Click** is an advertising and content server that helps you show ads, surveys, coupons and announcements. It can be used to display video and image ads, coupons and surveys that can increase revenue.
You can offer free Wi-Fi access in exchange for ad watching and get real-time ad click and impression reports. HotSpot Click allows you to configure it and get statistical reports through an intuitive web interface using your browser.

https://www.antamedia.com/download/hotspot-manual.pdf



https://www.antamedia.com/download/hotspot-manual.pdf

## WiFi Locations

WiFi locations are used to display different login pages and themes in the user device, depending from which access point customer is trying to access the Internet. Each location is defined with IP range of the Access Points associated. It has a name according to physical location, like Lobby, Rooms, Main building, Reseller X, Operator Area Y. Locations can be configured to display free access or login page, depending if you wish to provide free or paid access. For example, in a hotel lobby you can provide a free service, while in the rooms you can offer only paid service. You can configure

https://www.antamedia.com/download/hotspot-manual.pdf



https://www.antamedia.com/download/hotspot-manual.pdf



https://www.antamedia.com/download/hotspot-manual.pdf

## Connection Log

Connection log shows all the connection attempts to your HotSpot which can give you a realtime report who is trying to login to your network. It is a powerful tool which shows IP and MAC address and the port which remote computer is trying to access, it also shows successful logins list with details such as time, user's IP, language of the client browser, user's device type and initial URL accessed during login.

https://www.antamedia.com/download/hotspot-manual.pdf

| | |
|---|---|
| | **Fixed MAC**  Limit an account so it can login only from the devices you specify. If MAC address does not exist yet, it will be stored in the first login. This list also determines which devices will be able to use Autologin 23 feature.  https://www.antamedia.com/download/hotspot-manual.pdf |
| sending said advertising content to said user station; | The accused instrumentality practices sending said advertising content (e.g., ads, coupons, etc.) to said user station (e.g., user device).  As shown below, the accused instrumentality offers Hotspot Click to display ads on the user's device. The administrator can configure settings and send ads to the user's device.  Will there be Wi-Fi available?  World of Coca-Cola provides free public Wi-Fi access throughout the attraction and outside in the Attraction District.  https://www.worldofcoca-cola.com/plan-your-visit/faq#accordion-af27e8993a-item-f87b465019  Our Customers   https://www.antamedia.com/references/ |

|  | About Antamedia: Antamedia was one of the first WiFi companies to develop PC-based WiFi management software back in 2006, and has since created world-leading management systems. They are now looking for worldwide partners with a new cloud-based offering. Their products are currently used in 170 countries by 30,000 businesses and major brands like Hilton, Marriott, IHG, Nasa, Coca Cola, as well as mid-sized and small businesses. Their WiFi management can fit any requirements.<br><br>https://news.marketersmedia.com/antamedia-launches-update-to-wifi-hotspot-software-with-new-hotspot-version-5/190648 |



https://www.antamedia.com/download/hotspot-manual.pdf

## Ads

To configure new ads or modify existing, click **Ads** button on the top bar, next to home icon. The page will show a list of available items, select one to modify it or press **Delete** to remove the ad. Ads are rotated each time user opens the page. To create an ad, click **New** button located under the list, configure the settings and then press **Save**.

HotSpot Click supports image (.jpg) and video (.mp4, .webm, .ogv) files. For each ad you should configure 3 sections:

- **Ad Setup** - Under this tab you can configure basic settings like ad name and path to the image/video file.
- **Actions** - Configure which action will be performed after the user had watched the ad.
- **Messages** - Customize the appearance of countdown timer and message shown after the ad.



https://www.antamedia.com/download/hotspot-manual.pdf

| | |
|---|---|
| | **Starting HotSpot Click**<br><br>To activate **HotSpot Click**, please go to Setup - Advertising page and enable this feature, then click **Save**(licensed version) or *Start Trial button. Application will start and your default browser will be launched automatically, we recommend using Google Chrome. You can login with default credentials: **Administrator** username and blank password.<br><br>From the main screen you should select which HotSpot web pages will show additional content and what type they will display. After you configure desired settings, press **Save** button to apply them or click **TEST** to check how the page will look in customer's browser.<br><br>https://www.antamedia.com/download/hotspot-manual.pdf |
| displaying said advertising content at the user station | The accused instrumentality practices displaying said advertising content (e.g., ads, coupons, etc.) at the user station (e.g., user device).<br><br>As shown below, the accused instrumentality offers Hotspot Click to display relevant ads on user's device.<br><br>Will there be Wi-Fi available? 🔺<br><br>World of Coca-Cola provides free public Wi-Fi access throughout the attraction and outside in the Attraction District.<br><br>https://www.worldofcoca-cola.com/plan-your-visit/faq#accordion-af27e8993a-item-f87b465019 |

Our Customers

       

      

...AND THOUSANDS MORE

https://www.antamedia.com/references/

About Antamedia: Antamedia was one of the first WiFi companies to develop PC-based WiFi management software back in 2006, and has since created world-leading management systems. They are now looking for worldwide partners with a new cloud-based offering. Their products are currently used in 170 countries by 30,000 businesses and major brands like Hilton, Marriott, IHG, Nasa, Coca Cola, as well as mid-sized and small businesses. Their WiFi management can fit any requirements.

https://news.marketersmedia.com/antamedia-launches-update-to-wifi-hotspot-software-with-new-hotspot-version-5/190648



https://www.antamedia.com/download/hotspot-manual.pdf

## Ads

To configure new ads or modify existing, click **Ads** button on the top bar, next to home icon. The page will show a list of available items, select one to modify it or press **Delete** to remove the ad. Ads are rotated each time user opens the page. To create an ad, click **New** button located under the list, configure the settings and then press **Save**.

HotSpot Click supports image (.jpg) and video (.mp4, .webm, .ogv) files. For each ad you should configure 3 sections:

- **Ad Setup** - Under this tab you can configure basic settings like ad name and path to the image/video file.
- **Actions** - Configure which action will be performed after the user had watched the ad.
- **Messages** - Customize the appearance of countdown timer and message shown after the ad.



https://www.antamedia.com/download/hotspot-manual.pdf

## Starting HotSpot Click

To activate **HotSpot Click**, please go to Setup - Advertising page and enable this feature, then click **Save**(licensed version) or ***Start Trial** button. Application will start and your default browser will be launched automatically, we recommend using Google Chrome. You can login with default credentials: **Administrator** username and blank password.

From the main screen you should select which HotSpot web pages will show additional content and what type they will display. After you configure desired settings, press **Save** button to apply them or click **TEST** to check how the page will look in customer's browser.

https://www.antamedia.com/download/hotspot-manual.pdf





https://www.antamedia.com/download/hotspot-manual.pdf



https://www.antamedia.com/download/hotspot-manual.pdf

| upon expiration of a preset time that is higher than the duration of the display of said advertising content | The accused instrumentality practices upon expiration of a preset time that is higher than the duration of the display of said advertising content (e.g., ads, coupons, etc.) at the user station (e.g., user device) level, thereby forcing said user to view said content (e.g., ads, coupons, etc.) for at least said preset time, automatically generating at least an identifier, password and login of said user. |
| --- | --- |

| at the user station level, thereby forcing said user to view said content for at least said preset time, automatically generating at least an identifier, password and login of said user | As shown below, the accused instrumentality allows setting how long a user has to watch the ad before gaining Internet access, thus forcing the user to watch the ad for a preset time. Further, after watching the advertisement for the set duration, the accused instrumentality automatically generates credentials to login for the user. <br><br>  <br><br> https://www.worldofcoca-cola.com/plan-your-visit/faq#accordion-af27e8993a-item-f87b465019 <br><br>  <br><br> https://www.antamedia.com/references/ <br><br> About Antamedia: Antamedia was one of the first WiFi companies to develop PC-based WiFi management software back in 2006, and has since created world-leading management systems. They are now looking for worldwide partners with a new cloud-based offering. Their products are currently used in 170 countries by 30,000 businesses and major brands like Hilton, Marriott, IHG, Nasa, Coca Cola, as well as mid-sized and small businesses. Their WiFi management can fit any requirements. <br> https://news.marketersmedia.com/antamedia-launches-update-to-wifi-hotspot-software- |

[with-new-hotspot-version-5/190648](with-new-hotspot-version-5/190648)

**Ad Setup**

| | |
|---|---|
| **Ad Name** | Set the name of the ad, so you can refer to it inside the Click, Hotspot users will not see this name. |
| **Duration (sec)** | Use this option to set how long user has to watch the ad before getting Internet access. |
| **Free Access timer** | Enable or disable countdown message that is displayed on top of the ad. Disable this option if you don't want to allow free access to users after they watch the ad. |
| **Ad Status** | Set whether the ad will be shown to Hotspot users. |
| **Ad Type** | Select one of the two available ad formats, HotSpot Click supports image (.jpg) and video (.mp4, .webm, .ogv) files. |
| **Image/Video file** | To upload the ad file, click **Upload** button, choose the file from hard drive |

**Actions**

| | |
|---|---|
| **Advertiser URL** | Set a web site that will open when user clicks on the ad image/video |
| **After watching the ad, user will start Internet browsing with** | Choose whether the user will start to browse with Advertiser URL, a custom web address or collect data page |

**Messages**

| | |
|---|---|
| **Text** | Enter the timer message text or leave default variable if you need multilanguage support, text for this variable can be configured from Hotspot - Setup - Language - Browser Language page |
| **Text font** | Select desired font type using this field |
| **Text size, alignment** | Choose Text size and Alignment within the message box |
| **Text color, background** | Set the color for text and background, HTML color codes have to be used (http://html-color-codes.info/) |

[https://www.antamedia.com/download/hotspot-manual.pdf](https://www.antamedia.com/download/hotspot-manual.pdf)

## Connection Log

Connection log shows all the connection attempts to your HotSpot which can give you a realtime report who is trying to login to your network. It is a powerful tool which shows IP and MAC address and the port which remote computer is trying to access, it also shows successful logins list with details such as time, user's IP, language of the client browser, user's device type and initial URL accessed during login.

[https://www.antamedia.com/download/hotspot-manual.pdf](https://www.antamedia.com/download/hotspot-manual.pdf)



**Fixed MAC**    Limit an account so it can login only from the devices you specify. If MAC address does not exist yet, it will be stored in the first login. This list also determines which devices will be able to use Autologin [23] feature.

https://www.antamedia.com/download/hotspot-manual.pdf

## Autologin

**Autologin** feature automates the login process since a customer does not need to enter a username and password. As soon as a customer connects to your network, HotSpot will detect it and automatically login customer device. This way a customer skips the login page and has a feeling that the computer or device is always connected to the Internet. However, HotSpot will track customer usage and logout account in case of inactivity.

https://www.antamedia.com/download/hotspot-manual.pdf

| opening a wireless connection session employing at least said automatically generated identifier, password and login of | The accused instrumentality practices opening a wireless connection session (e.g., Internet access) employing at least said automatically generated identifier, password and login (e.g., login credentials) of said user (e.g., a customer). |
| | As shown below, the accused instrumentality includes autologin wherein the user is automatically logged in with the generated credentials to gain internet access. |

| said user. |  |

https://www.worldofcoca-cola.com/plan-your-visit/faq#accordion-af27e8993a-item-f87b465019

https://www.antamedia.com/references/

About Antamedia: Antamedia was one of the first WiFi companies to develop PC-based WiFi management software back in 2006, and has since created world-leading management systems. They are now looking for worldwide partners with a new cloud-based offering. Their products are currently used in 170 countries by 30,000 businesses and major brands like Hilton, Marriott, IHG, Nasa, Coca Cola, as well as mid-sized and small businesses. Their WiFi management can fit any requirements.

https://news.marketersmedia.com/antamedia-launches-update-to-wifi-hotspot-software-with-new-hotspot-version-5/190648

## Autologin

**Autologin** feature automates the login process since a customer does not need to enter a username and password. As soon as a customer connects to your network, HotSpot will detect it and automatically login customer device. This way a customer skips the login page and has a feeling that the computer or device is always connected to the Internet. However, HotSpot will track customer usage and logout account in case of inactivity.



https://www.antamedia.com/download/hotspot-manual.pdf

## What is Antamedia HotSpot ?

**Antamedia HotSpot** is a WiFi Hotspot management software which helps you in controlling and billing your customers for the Internet usage. Antamedia HotSpot does not require any client software installations. It uses captive portal technology to display login page in the customer browser. Upon connecting to your network (using WiFi or cable), customer will be prompted to enter valid username and password to get the Internet access. After successful login, your customer will see the remaining time and bandwidth quota, expiration date and other relevant info. HotSpot keeps track of customer usage and shows warning message when the account is due to expire, helping a customer to refill the account and continue using your service without interruption. Software includes billing, statistics and reporting with many useful features. It is hardware independent and you can use any type of access points, routers, switches and other equipment to control your Internet.

https://www.antamedia.com/download/hotspot-manual.pdf

## Login

When a customer connects to your network and type any website address, login page will be displayed in a browser. Customer have to login to get Internet access. There are many types of login pages, such as login with username and password, ticket (voucher), hotel login with room number and guest name, free login, social login etc.

Default login page contains **Username** and **Password** fields, **Login** button, **Free trial**, **Sign Up**, **Upgrade now!** and **I need help!** link. The customer needs to type correct account information - Username and Password and press Login button. HotSpot verifies this information in database and if the customer entered correct details, login would be granted.

https://www.antamedia.com/download/hotspot-manual.pdf



Customer types username and password and clicks Login button.

https://www.antamedia.com/download/hotspot-manual.pdf